## MUTUAL MANUFACTURING COMPANY v. HAUENSTINE ET AL.

[No. 21,474.   Filed May 24, 1910.]

From Huntington Circuit Court; *Samuel E. Cook*, Judge.

Action by the Mutual Manufacturing Company against Gottlieb Hauenstine and another. From a judgment for defendants, plaintiff appeals. *Reversed.*

*Branyan & Branyan*, for appellant.
*Cline & Cline*, for appellees.

MYERS, J.—The questions presented by this appeal are identical with those in *Mutual Mfg. Co.* v. *Alpaugh* (1910), *ante*, 381, and upon the authority of that case the judgment is reversed, with instructions to the court below to sustain the demurrer to the plea in abatement, and for further proceedings not inconsistent with this opinion.

---

## NIXON v. HINTON ET AL.

[No. 21,555.   Filed June 8, 1910.]

From Delaware Circuit Court; *Joseph G. Leffler*, Judge.

Drainage proceeding by Grant C. Hinton and others, against which George W. Nixon remonstrates. From a judgment for petitioners, remonstrant appeals. *Reversed.*

*Orr & Orr*, for appellant.
*J. W. Gray* and *Omar G. Weir*, for appellees.

HADLEY, J.—This is a drainage proceeding under §6151 Burns 1908, Acts 1907 p. 508, §17.

The facts and questions in this case are identical with those involved and decided in *Ginn* v. *Hinton* (1910), *ante*, 296, and upon the authority of that case this case is reversed, with instructions to vacate the judgment of dismissal of appellant's appeal from the Delaware Circuit Court, to overrule appellees' motion to strike out appellant's remonstrance, and for further proceedings in harmony with the opinion in *Ginn* v. *Hinton, supra.*